Teresa M. Beck, Esq., Nevada Bar No. 15011
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
Telephone: (619) 400-8000
Facsimile: (619) 238-8707
E-mail: tbeck@klinedinstlaw.com

Diana S. Cline, Esq., Nevada Bar No. 10580
KLINEDINST PC
1180 N. Town Center Drive, #100
Las Vegas, Nevada 89144
Telephone: (702) 859-4000
E-mail: debron@klinedinstlaw.com

Attorneys for Defendant,
GREYHOUND LINES, INC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVA AVALOS, Individually,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., a Delaware Corporation; MESHA BAKERSVILLE-PHILLIPS aka MESHI BAKERSVILLE-PHILLIPS, an Individual; DOES I-X, and ROE CORPORATIONS XI-X, Inclusive,<br><br>Defendants. | Case No.  2:23-cv-02003-GMN-MDC<br><br>**MOTION TO EXTEND DISCOVERY DEADLINES**<br>**(First Request)** |

In compliance with LR IA 6-1 and LR IA 26-3, Defendant GREYHOUND LINES, INC. by and through their counsel of record Diana Cline Ebron of KLINEDINST, PC, moves to extend the discovery period and all related deadlines to allow the parties (1) to fully evaluate Plaintiff's medical records, which include ongoing treatment along with a recent surgery, and (2) to focus resources on participation in a settlement conference while limiting expenses related to expert witnesses and depositions. The current discovery cut-off is August 1, 2024. The current deadline to disclose expert witnesses is May 31, 2024, which is 21 days from the date of this motion. This is the first request

for an extension of discovery deadlines. This request is not made in bad faith or to cause unnecessary delays in the resolution of this matter.

## I.

## **DISCOVERY COMPLETED TO DATE**

The parties have engaged in the following formal discovery:

**A. NRCP 16.1 Disclosures**

| Title of Disclosure | Service Date |
|---|---|
| Defendant Greyhound Lines, Inc. Initial Disclosure of Witnesses and Production of Documents Pursuant to Rule 26 | February 1, 2024 |
| Plaintiff 's Rule 26 (A)(1) Initial Disclosure | February 1, 2024 |
| Plaintiff's First Supplement to Rule (A)(1) Initial Disclosure | March 15, 2024 |

**B. Written Discovery**

| Title of Document | Service Date |
|---|---|
| Defendant Greyhound Lines, Inc.'s First Set of Requests for Production of Documents to Plaintiff Eva Avalos | March 26, 2024 |

## II.

## **DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties have agreed to participate in a settlement conference and wish to focus resources on settling the matter rather than conducting extensive discovery. The parties intend to schedule a settlement conference to take place within the next 60-90 days. In the meantime, the parties will conduct limited discovery to allow them to fully evaluate Plaintiff's ongoing treatment, Plaintiff's recent surgery, Plaintiff's current condition and potential future treatment. The following discovery will need to be completed should the parties be unable to reach a settlement:

1. Plaintiff will likely depose Defendant's corporate representative.
2. Defendant will depose Plaintiff and her treating physicians.
3. The parties will retain and disclose initial expert witnesses and rebuttal expert witnesses.
4. The parties will depose expert witnesses.
5. The parties will serve additional written discovery and/or subpoenas duces tecum.

2                                                                                          Case No. 2:23-cv-02003

Defendant anticipates that the parties may need to conduct other forms of discovery not specifically delineated herein on an as-needed basis.

### III.

### REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS AND NEED FOR EXTENSION

A motion to extend any date set by the applicable discovery scheduling order must be supported by a showing of "good cause." LR 26-3. Defendant submits that good cause supports its requested extension of the discovery deadlines. Plaintiff is still treating with her medical providers and recently underwent surgery. Counsel for the parties have met and conferred and determined that scheduling a settlement conference within the next 60-90 days would create a good opportunity to resolve this case without further litigation. Defendant anticipates needing to conduct a limited amount of additional discovery prior to the settlement conference. An extension of the deadlines should allow the parties the ability to conduct limited discovery while still allowing for the expense of expert reports, depositions and more extensive discovery to be incurred only if the parties are unable to settle. Accordingly, Defendant requests a 167 day extension of the discovery period. This request is the first request made for an extension and is not made in bad faith or to cause unnecessary delays in the resolution of this matter.

### IV.

### CURRENT DISCOVERY DEADLINES

| | |
|---|---|
| Last day to amend pleadings or add parties: | Friday, May 3, 2024 |
| Initial Expert disclosures: | Friday May 31, 2024 |
| Rebuttal expert disclosures: | Tuesday, July 2, 2024 |
| Close of discovery: | Thursday, August 1, 2024 |
| Dispositive motions: | Tuesday, September 3, 2024 |

### V.

### PROPOSED DISCOVERY DEADLINES

| | |
|---|---|
| Last day to amend pleadings or add parties: | Closed |
| Plaintiff's initial expert disclosures: | Tuesday, October 15, 2024 |

| | | |
|---|---|---|
| 1 | Rebuttal expert disclosures: | Friday, November 15, 2024 |
| 2 | Close of discovery: | Wednesday, January 15, 2025 |
| 3 | Dispositive motions: | Friday, February 14, 2025 |
| 4 | Pretrial Order: | Monday, March 17, 2025 |

## VI.

## CONCLUSION

Based on the foregoing, Defendant requests an extension of the discovery deadlines as set forth above.

Dated: May 10, 2024

KLINEDINST PC

\_\_\_/s/ Diana Cline Ebron\_\_\_
Teresa M. Beck, Esq.
Nevada Bar No. 15011
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
1180 N. Town Center Drive, #100
Las Vegas, Nevada 89144
Telephone: (702) 859-4000
E-mail: tbeck@klinedinstlaw.com
E-mail: debron@klinedinstlaw.com

Attorneys for Defendant,
GREYHOUND LINES, INC.

25074017.1

## ORDER

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 6/7/2024

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

# CERTIFICATE OF SERVICE

**Eva Avalos vs. Greyhound Lines, Inc., et al.**
**USDC District of Nevada Case No. 2:23-CV-02003-GMN-MDC**

**STATE OF NEVADA, COUNTY OF CLARK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Clark, State of Nevada. My business address is 1180 N. Town Center Drive #100, Las Vegas, Nevada 89144.

On May 10, 2024 I served true copies of the following document(s) described as **MOTION TO EXTEND DISCOVERY DEADLINES (First Request)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jfinley@klinedinstlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed on May 10, 2024, at Henderson, Nevada.

                                          /s/ Jennifer Finley
                                          Jennifer Finley

**SERVICE LIST**
**Eva Avalos vs. Greyhound Lines, Inc., et al.**
**USDC District of Nevada Case No. 2:23-CV-02003-GMN-MDC**

Sahar Malek, Esq, NBN 15773
Gregg A. Hubley, Esq., NBN 7386
Christopher A.J. Swift, Esq, NBN 11291
Emily D. Grable, Esq. NBN 16543
ARIAS SANGUINETTI WANG & TORRIJOS, LLP
7201 W. Lake Mead Blvd., Suite 570
Las Vegas, Nevada 89128
Tel.: (702) 789-7529
Fax: (702) 909-7865
E-mail:   sahar@aswtlawyers.com
               gregg@aswtlawyers.com
               christopher@aswtlawyers.com
               emily@aswtlawyers.com

*Attorneys for Plaintiff,*
Eva Avalos

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101