Teresa M. Beck, Esq., Nevada Bar No. 15011
KLINEDINST PC
501 West Broadway, Unit 1100
San Diego, California 92101
Telephone: (619) 400-8000
Facsimile: (619) 238-8707
tbeck@klinedinstlaw.com

Chatree M. Thongkham, Esq., Nevada Bar No. 11875
KLINEDINST PC
5940 South Rainbow Blvd.
Las Vegas, NV 89118-2540
Telephone: (702) 859-4000
Facsimile: (619) 238-8707
cthongkham@klinedinstlaw.com

Attorneys for Defendant, GREYHOUND LINES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVA AVALOS, Individually, | Case No. 2:23-cv-02003-GMN-MDC |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GREYHOUND LINES, INC., a Delaware Corporation; MESHA BAKERSVILLE-PHILLIPS aka MESHI BAKERSVILLE-PHILLIPS, an Individual; DOES I-X, and ROE CORPORATIONS XI-X, Inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a), the parties to the above-captioned action hereby stipulate that said action be dismissed with prejudice, without fee/costs, and all rights of appeal waived.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**

KLINEDINST PC

DATED: May 29, 2025       By:    /s/ Teresa M. Beck
Teresa M. Beck, Nevada Bar No. 15011
Chatree M. Thongkham, Nevada Bar No. 11875
Attorneys for Defendant,
GREYHOUND LINES, INC.

ARIAS SANGUINETTI WANG & TEAM LLP

DATED: May 30, 2025       By:    /s/ Sahar Malek
SAHAR MALEK
Attorneys for Plaintiff, EVA AVALOS

# CERTIFICATE OF SERVICE

**Case No. 2:23-cv-02003-GMN-MDC**
**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 1100, San Diego, California 92101.

On June 3, 2025, I served true copies of the following document(s) described as **STIPULATION FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

Sahar Malek, Esq.
Gregg A. Hubley, Esq.
Christopher A.J. Swift Esq.
Emily D. Grable, Esq.
Arias Sanguinetti
Wang & Torrijos, LLP
7201 W. Lake Mead Blvd., Suite 570
Las Vegas, Nevada 89128
sahar@aswtlawyers.com
gregg@aswtlawyers.com
christopher@aswtlawyers.com
emilys@aswtlawyers.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 3, 2025, at San Diego, California.

/s/ Patricia A. Schussler
Patricia A. Schussler

Teresa M. Beck, Esq., Nevada Bar No. 15011
KLINEDINST PC
501 West Broadway, Unit 1100
San Diego, California 92101
Telephone: (619) 400-8000
Facsimile: (619) 238-8707
tbeck@klinedinstlaw.com

Chatree M. Thongkham, Esq., Nevada Bar No. 11875
KLINEDINST PC
5940 South Rainbow Blvd.
Las Vegas, NV 89118-2540
Telephone: (702) 859-4000
Facsimile: (619) 238-8707
cthongkham@klinedinstlaw.com

Attorneys for Defendant, GREYHOUND LINES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVA AVALOS, Individually,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREYHOUND LINES, INC., a Delaware Corporation; MESHA BAKERSVILLE-PHILLIPS aka MESHI BAKERSVILLE-PHILLIPS, an Individual; DOES I-X, and ROE CORPORATIONS XI-X, Inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-02003-GMN-MDC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii),
2  IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH
3  PREJUDICE as to all claims, causes of action and parties, with each party bearing that party's own
4  attorney's fees and costs.  The Clerk is directed to close the file.

6  DATED: June  4 , 2025

_____
Gloria M. Navarro
United States District Judge

Klinedinst PC
5940 South Rainbow Blvd.
Las Vegas, NV 89118-2540

2                                Case No. 2:23-cv-02003-GMN-MDC
ORDER OF DISMISSAL WITH PREJUDICE